UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE LOUISE HENDERSON, <br> Plaintiff, <br> v. <br> NANCY A. BERRYHILL, <br> Defendant. | Case No. 17-cv-05856-KAW <br><br> ORDER TO SHOW CAUSE |

This action was filed on October 12, 2017. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that January 10, 2018 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. As of the date of this order, Plaintiff has not obtained summons, nor has Plaintiff filed a proof of service that the complaint and summons were served.

IT IS HEREBY ORDERED that by no later than **February 2, 2018**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

**IT IS SO ORDERED.**

Dated: January 24, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge