UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE LOUISE HENDERSON,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　Defendant. | Case No. 17-cv-05856-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 4 |

On January 24, 2018, the Court issued an order to show cause regarding Plaintiff's failure to serve the complaint and summons on Defendant. (Dkt. No. 4.) Plaintiff was ordered to, by no later than February 2, 2018, show cause why the matters should not be dismissed for failure to comply with the deadline to complete service, or to file a motion for administrative relief.

On January 29, 2018, Plaintiff obtained summons in this case. (Dkt. Nos. 5, 6.) Plaintiff did not, however, otherwise file a response to the order to show cause or seek administrative relief from the deadline to complete service. The Court therefore ORDERS Plaintiff to show cause, by **March 9, 2018**, why the case should not be dismissed for failure to complete service, and explain why she failed to respond to the Court's first order to show cause. In addition, by March 9, 2018, Plaintiff shall either file a proof of service or file a motion for administrative relief to extend the service deadline. Failure to do so may result in the Court recommending that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: February 26, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge